**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:20-CV-14132-RLR**

LONNIE LEE SMALL, JR.,

    Plaintiff,

v.

MARK S. INCH, et al.,

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING AND CLOSING CASE**

This matter is before the Court upon Plaintiff's complaint. DE 1. The Court previously referred this case to Magistrate Judge Lisette M. Reid for a ruling on all pre-trial, non-dispositive matters, and for a Report and Recommendation on all dispositive matters. DE 2.

Judge Reid issued a Report and Recommendation in which she recommended that Plaintiff's case be dismissed without prejudice for improper venue. DE 3. Plaintiff did not file objections to the Report and Recommendation.

The Court has reviewed the Report and Recommendation and the entire record and is otherwise fully advised in the premises. The Court agrees with the Report and Recommendation and finds Judge Reid's recommendation to be well reasoned and correct. The Court only notes that on page 3 of the Report and Recommendation, in the first sentence of the first full paragraph, the relevant statutory authority is 28 U.S.C. § 1406(a), rather than 42 U.S.C. § 1406(a).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reid's Report and Recommendation [DE 3] is **ADOPTED** as the Order of the Court.

2. Plaintiff's complaint [DE 1] is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of the Court is instructed to **CLOSE THIS CASE**. All deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 1st day of February, 2021.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All parties